# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

**MICHELLE A. BOERNER,**

      **Plaintiff,**   :

  v.                               **Case No. 2:20-cv-5618**
                                       **Judge Sarah D. Morrison**
                                       **Magistrate Judge Norah McCann**

**COMMISSIONER OF**
**SOCIAL SECURITY,**           :        **King**

      **Defendant.**

## ORDER

This matter is before the Court on the November 3, 2021 Report and Recommendation issued by the Magistrate Judge. (ECF No. 17.) The time for filing objections has passed, and no objections have been filed. Accordingly, the Court **ADOPTS** and **AFFIRMS** the Report and Recommendation. For the reasons set forth therein, the decision of the Commissioner is **REVERSED** and this action is **REMANDED** pursuant to Sentence Four of 42 U.S.C. § 405(g) for further proceedings consistent with the Report and Recommendation. The Clerk is **DIRECTED** to **TERMINATE** this case from the docket of the United States District Court for the Southern District of Ohio.

      **IT IS SO ORDERED.**

                                            /s/ Sarah D. Morrison
                                            **SARAH D. MORRISON**
                                            **UNITED STATES DISTRICT JUDGE**